

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-13-00169-CV

| | | |
|---|---|---|
| Texas Farmers Insurance Company and Farmers Insurance Exchange | § | From the 236th District Court |
| | § | of Tarrant County (236-243367-10) |
| v. | § | July 2, 2015 |
| Frank Kurosky and Pamela Rust | § | Opinion by Justice Gabriel |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the judgment of the trial court is reversed. We reverse the trial court's judgment and render judgment that Texas Farmers and Farmers Exchange have no duty to indemnify Frank Kurosky for the agreed final judgment in the 153rd action and that Pamela Rust take nothing.

It is further ordered that appellee Frank Kurosky and Pamela Rust shall bear the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Lee Gabriel
Justice Lee Gabriel